UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: David T. Schwartz : Chapter 13
:
Debtor. : Case No.: 5:18-bk-03820

## ORDER

AND NOW, upon consideration of the Motion to Suspend Trustee Payments and, in the absence of objection and, good cause existing for the approval thereof,

IT IS HEREBY ORDERED that the Motion to Suspend Payments for a period of ninety (90) is hereby approved.

Dated: June 2, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge  BI