In re:                                                              Case No. 18-03820-RNO
David T. Schwartz                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1              Date Rcvd: Aug 24, 2020
                     Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
             +Sally Schwartz,    860 Lafayette Avenue,    Palmerton, PA 18071-1423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2020 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       cwohlrab@rascrane.com
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James  Warmbrodt    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
       bkgroup@kmllawgroup.com
      Jason M Rapa    on behalf of Debtor 1 David T. Schwartz jrapa@rapalegal.com,
       ssprouse@rapalegal.com;mhine@rapalegal.com
      Kevin  Buttery    on behalf of Creditor    NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE
       SERVICING kbuttery@rascrane.com
      Mario John Hanyon    on behalf of Creditor    HOMEBRIDGE FINANCIAL SERVICES, INC. pamb@fedphe.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                  TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David T. Schwartz aka Dave Schwartz<br>Debtor | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Movant<br>vs. | NO. 18-03820 RNO |
| David T. Schwartz aka Dave Schwartz<br>Debtor | |
| Sally Schwartz<br>Co-Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esquire<br>Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:   August 24, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (DG)