UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    David T. Schwartz : Case No.: 5:18-bk-03820

---

David T. Schwartz :
           Movant :

## AMENDED ORDER

  AND NOW, upon the motion of Debtor's to Approve Sale in Chapter 13 Case, after notice and hearing, and good cause having been shown, it is ordered and decreed as follows, to wit:

      The Motion for Sale of real property located at 860 Lafayette Ave., Palmerton, PA is granted.

      Notice to all creditors was given, according the certification of service filed by the debtor's attorney.

      The consideration of the offer of $269,000.00 appears to be fair and reasonable and the Court permits Debtor to sell the property located at 860 Lafayette Ave., Palmerton, PA, to the potential purchaser as provided for in the agreement of sale.

      The transaction is beneficial to the estate, the debtors, and creditors and all parties in interest.

Therefore, it is ordered and decreed as follows, to wit:

1. The sale will satisfy all properly perfected and recorded liens and encumbrances.

2. NewRez LLC d/b/a Shellpoint Mortgage Servicing, holder of the First Mortgage, shall be paid in full per a full and complete payoff figure at the time of closing.  Failure to pay the full amount will result in the First Mortgage not being divested at time of sale.

3. Settlement agent is authorized to make such disbursements at the time of sale as are normally required to convey clear title under applicable non-bankruptcy law, especially without limit any unpaid real estate taxes, any commissions authorized in this order, other costs of sale and transfer taxes, and to charge the purchaser for the cost of the certified copy of this Order to be recorded together with the deed.

4. Settlement agent is authorized to pay Jason M. Rapa, Esquire one thousand dollars ($1,500.00) for payment of attorneys fees and costs associated with this bankruptcy. These monies will be escrowed by the title company and a fee application will be filed for approval of the same.

5. Settlement agent is authorized to disburse net proceeds to Debtor's ex wife pursuant to terms of a Marital Settlement Agreement.

IT IS HEREBY ORDERED, that the motion for sale is granted

BY THE COURT

_____
United States Bankruptcy Judge