# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David T. Schwartz aka Dave Schwartz<br>                              Debtor(s)<br><br>NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>                              Movant<br>               vs.<br><br>David T. Schwartz aka Dave Schwartz<br>                              Debtor(s)<br><br>Charles J. DeHart, III<br>                              Trustee | CHAPTER 13<br><br><br><br><br>NO. 18-03820 RNO |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Limited Objection to Debtor's Motion to Sell of NewRez LLC d/b/a Shellpoint Mortgage Servicing, which was filed with the Court on or about **November 23, 2020 (Document 51)**.

                                                  Respectfully submitted,

                                                  **/s/Rebecca A. Solarz, Esq.**
                                                  Rebecca A. Solarz, Esq.
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA 19106

December 2, 2020