UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| David T. Schwartz | : | |
| | : | Chapter 13 |
| Debtor | : | Case No: 5:18-bk-03820 |

## CERTIFICATE OF NO RESPONSE

I, Jason M. Rapa, Esquire, attorney for the Debtor, David T. Schwartz hereby certifies that the objection to the Motion to Approve Sale filed by NewRez, LLC, Shellpoint Mortgage Servicing has been withdrawn and no other response, answer or other pleading has been received in connection with the above matter, namely the Motion to Approve Sale.

Date: 12/2/2020         /s/ Jason M. Rapa
                        Jason M. Rapa, Esquire
                        Rapa Law Office, P.C.
                        141 S. 1st Street
                        Lehighton, PA 18235
                        610-377-7730