UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
David T. Schwartz :
: Chapter 13
Debtor : Case No: 5:18-bk-03820

REQUEST FOR CERTIFIED COPY OF ORDER (DOCKET NO . 75)

I, Jason M. Rapa, Esquire, attorney for the Debtor, David T. Schwartz hereby request a Certified Copy of the Order for Motion for Sale Under Section 363(b) , Docket Entry No. 55

Date:  12/3/2020         /s/ Jason M. Rapa
                         Jason M. Rapa, Esquire
                         Rapa Law Office, P.C.
                         141 S. 1st Street
                         Lehighton, PA 18235
                         610-377-7730