United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-03820-RNO |
| David T. Schwartz | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | David T. Schwartz, P.O. Box 682, Riverside, CT 06878-0682 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@rascrane.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 1 David T. Schwartz jrapa@rapalegal.com ssprouse@rapalegal.com;mhine@rapalegal.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com |

kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Kevin Buttery

on behalf of Creditor NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING kbuttery@rascrane.com

Mario John Hanyon

on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES INC. pamb@fedphe.com

Rebecca Ann Solarz

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    David T. Schwartz : Case No.: 5:18-bk-03820

David T. Schwartz :
        Movant :

ORDER

  AND NOW, upon the motion of Debtor's to Approve Sale in Chapter 13 Case, after notice and hearing, and good cause having been shown, it is ordered and decreed as follows, to wit:

    The Motion for Sale of real property located at 860 Lafayette Ave., Palmerton, PA is granted.

    Notice to all creditors was given, according the certification of service filed by the debtor's attorney.

    The consideration of the offer of $269,000.00 appears to be fair and reasonable and the Court permits Debtor to sell the property located at 860 Lafayette Ave., Palmerton, PA, to the potential purchaser as provided for in the agreement of sale.

    The transaction is beneficial to the estate, the debtors, and creditors and all parties in interest.

Therefore, it is ordered and decreed as follows, to wit:

1. The sale will satisfy all properly perfected and recorded liens and encumbrances.

2. NewRez LLC d/b/a Shellpoint Mortgage Servicing, holder of the First Mortgage, shall be paid in full per a full and complete payoff figure at the time of closing. Failure to pay the full amount will result in the First Mortgage not being divested at time of sale.

3. Settlement agent is authorized to make such disbursements at the time of sale as are normally required to convey clear title under applicable non-bankruptcy law, especially without limit any unpaid real estate taxes, any commissions authorized in this order, other costs of sale and transfer taxes, and to charge the purchaser for the cost of the certified copy of this Order to be recorded together with the deed.

4. Settlement agent is authorized to pay Jason M. Rapa, Esquire one thousand dollars ($1,500.00) for payment of attorneys fees and costs associated with this bankruptcy. These monies will be escrowed by the title company and a fee application will be filed for approval of the same.

5. Settlement agent is authorized to disburse net proceeds to Debtor's ex wife pursuant to terms of a Marital Settlement Agreement.

IT IS HEREBY ORDERED, that the motion for sale is granted

Dated: December 3, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge  BI