| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | David T. Schwartz aka Dave Schwartz |
| Debtor 2 | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number : | 5:18-bk-03820-MJC |

# Form 4100R
# Response to Notice of Final Cure Payment  10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Court claim no. (if known): 21

Last 4 digits of any number you use to identify the debtor's account: 6011

Property Address: 860 Lafayette Avenue
Palmerton, PA 18071

## Part : 2 Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $

## Part 3: Postpetition Mortgage Payment

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) Is due on: Paid in Full

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:  +(b) $ 0.00

c. **Total**. Add lines a and b.

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  (c) $ **0.00**

Form 4100R  Response to Notice of Final Cure Payment  page 1

| Debtor 1 | David T. Schwartz aka Dave Schwartz | Case number (if known) | 5:18-bk-03820-MJC |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/S/ Joshua I. Goldman  
Signature  

Date: 10/11/2023

| | | | |
|---|---|---|---|
| Print: | Joshua I. Goldman | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |

**If different from the notice address listed on the proof of claim to which this response applies:**

| | |
|---|---|
| Address | 6267 Old Water Oak Road, Suite 203 |
| | Tallahassee FL, 32312 |
| Contact phone | (850) 422-2520     Email     plginquiries@padgettlawgroup.com |

Form 4100R    Response to Notice of Final Cure Payment    page 2

IN RE: DAVID T. SCHWARTZ AKA DAVE SCHWARTZ              No: 5:18-bk-03820-MJC
                                                        CHAPTER 13
                     Debtor(s)
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___11th___ day of October, 2023.

/S/ Joshua I. Goldman

_____
JOSHUA I. GOLDMAN
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERICE LIST (CASE NO. 5:18-bk-03820-MJC)

Debtor
David T. Schwartz
P.O. Box 682
Riverside, CT 06878

Attorney
Jason M Rapa
Rapa Law Office, PC
141 South 1st Street
Lehighton, PA 18235

Trustee
Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Asst. US Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102