Jason M. Rapa, Esquire
jrapa@rapalegal.com

Matthew J. Rapa, Esquire
mrapa@rapalegal.com



141 S. 1st Street
Lehighton, PA 18235
*(Please reply to this address)*

609 Hamilton Street
1st Floor, Suite 22
Sovereign Building
Allentown, PA 18101

610 377-7730
610 377-7731 (fax)
866 740-6117 (toll-free)

December 1, 2023

**SENT VIA ELECTRONIC FILING**
Clerks Office, U.S. Bankruptcy Court
274 Max Rosen U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

**RE:  David Swartz**
**Chapter 13 - 5-18-03820-MJC**

Dear Clerk:

Kindly update your records to indicate a change of address for David Schwartz. New mailing address is:

1051 NE BAKER ROAD
APT 5410
STUART, FL 34994

Thank you for your assistance and should you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/Jason M. Rapa, Esquire

JMR/jlh