United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-03820-MJC
David T. Schwartz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4
Date Rcvd: Dec 20, 2023      Form ID: 3180W      Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David T. Schwartz, 1051 NE Baker Road Apt. 5410, Stuart, FL 34994-1933 |
| cr | + | NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE, 10700 Abbott's Bridge Road, Duluth, GA 30097-8458 |
| 5106983 | + | AES/Educational Financial Group, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5106986 | + | Berkheimer Tax Admin, PO Box 25158, Lehigh Valley, PA 18002-5158 |
| 5106994 | + | Corner Stone Education Loan, PO Box 145122, Salt Lake City, UT 84114-5122 |
| 5118490 | + | CornerStone on behalf of Department of Education, PO Box 145123, Salt Lake City, UT 84114-5123 |
| 5106999 | + | Greenwich Ear Nose and Throat, 49 Lake Ave, Greenwich, CT 06830-4519 |
| 5107001 | + | Jeremy Curatola, 600 Harbor Blvd Unit 1005, Weehawken, NJ 07086-6749 |
| 5107004 | + | One Main, 2110 West Union Blvd, Bethlehem, PA 18018-2011 |
| 5107014 | + | TGM Anchor Point, 150 Southfield Ave, Stamford, CT 06902-7756 |
| 5383064 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 5107016 | + | Utah Higher Ed. Dept/Cornerstone, PO Box 145122, Salt Lake City, UT 84114-5122 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Dec 20 2023 18:42:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, PL, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2023 18:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5106984 | + | Email/PDF: bncnotices@becket-lee.com | Dec 20 2023 18:57:24 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5125864 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2023 18:57:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5125863 | | Email/PDF: bncnotices@becket-lee.com | Dec 20 2023 18:46:34 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5106985 | + | EDI: BANKAMER | Dec 20 2023 23:42:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5127572 | + | EDI: BANKAMER2 | Dec 20 2023 23:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5106987 | + | EDI: CITICORP | Dec 20 2023 23:42:00 | BestBuy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5106990 | | Email/Text: BKelectronicnotices@cenlar.com | | |

| Record # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 20 2023 18:42:00 | Cenlar, PO Box 77404, Ewing, NJ 08628 |
| 5106988 | + | EDI: CAPITALONE.COM | Dec 20 2023 23:42:00 | Capital One Bank, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5128340 | | EDI: CAPITALONE.COM | Dec 20 2023 23:42:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5131378 | + | Email/Text: RASEBN@raslg.com | Dec 20 2023 18:42:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5106993 | + | EDI: CITICORP | Dec 20 2023 23:42:00 | Citicards CBNA, 701 E. 60th St. N, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5106995 | + | EDI: CRFRSTNA.COM | Dec 20 2023 23:42:00 | Credit First Nat'l, PO Box 81315, Cleveland, OH 44181-0315 |
| 5106996 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2023 18:46:50 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5106997 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 20 2023 18:46:34 | Dell Financial, One Dell Way, Round Rock, TX 78682 |
| 5115307 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5106998 | | EDI: DISCOVER | Dec 20 2023 23:42:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 5224242 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2023 18:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5224243 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 20 2023 18:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 5107000 | | EDI: IRS.COM | Dec 20 2023 23:42:00 | Internal Revenue Service, PO Box 219690, Kansas City, MO 64121-9690 |
| 5106991 | | EDI: JPMORGANCHASE | Dec 20 2023 23:42:00 | Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 5107002 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Dec 20 2023 18:42:00 | KeyBank, 4910 Tiedeman Rd.,, Cleveland, OH 44144-2338 |
| 5131277 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5130105 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5131278 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:47:04 | LVNV Funding, LLC its successors and assigns as, assignee of LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5107003 | + | EDI: LENDNGCLUB | Dec 20 2023 23:42:00 | Lending Club Corp., 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 5133054 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2023 18:42:00 | NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5170931 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 20 2023 18:42:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville SC 29603-0826 |
| 5115477 | + | EDI: AGFINANCE.COM | Dec 20 2023 23:42:00 | ONEMAIN FINANCIAL, PO BOX 3251, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | EVANSVILLE, IN 47731-3251 |
| 5115315 | + | Email/Text: bncnotifications@pheaa.org | Dec 20 2023 18:42:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 5130666 | | EDI: PRA.COM | Dec 20 2023 23:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5117583 | | EDI: PENNDEPTREV | Dec 20 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5117583 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2023 18:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5570558 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:34 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5570559 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2023 18:46:51 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 5107012 | + | EDI: SYNC | Dec 20 2023 23:42:00 | SYNCB/JCPenney, PO Box 965036, Orlando, FL 32896-5036 |
| 5107013 | + | EDI: SYNC | Dec 20 2023 23:42:00 | SYNCB/Scorerewards, Po Box 965005, Orlando, FL 32896-5005 |
| 5130147 | + | EDI: SALLIEMAEBANK.COM | Dec 20 2023 23:42:00 | Sallie Mae, P.O Box 3319, Wilmington, DE 19804-4319 |
| 5107005 | + | EDI: SALLIEMAEBANK.COM | Dec 20 2023 23:42:00 | SallieMae, PO Box 3229, Wilmington, DE 19804-0229 |
| 5107011 | + | EDI: CITICORP | Dec 20 2023 23:42:00 | Sears/Citi Mastercard, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5107015 | | EDI: CITICORP | Dec 20 2023 23:42:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5106989 | *+ | Capital One Bank, 10700 Capital One Way, Glen Allen, VA 23060-9243 |
| 5106992 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase/Bank One Card Services, PO Box 15298, Wilmington, DE 19850 |
| 5107007 | *+ | Sally Schwartz, 860 Lafayette Ave, Palmerton, PA 18071-1423 |
| 5107008 | *+ | Sally Schwartz, 860 Lafayette Ave, Palmerton, PA 18071-1423 |
| 5107009 | *+ | Sally Schwartz, 860 Lafayette Ave, Palmerton, PA 18071-1423 |
| 5107010 | *+ | Sally Schwartz, 860 Lafayette Ave, Palmerton, PA 18071-1423 |
| 5107017 | *+ | Utah Higher Ed. Dept/Cornerstone, PO Box 145122, Salt Lake City, UT 84114-5122 |
| 5107018 | *+ | Utah Higher Ed. Dept/Cornerstone, PO Box 145122, Salt Lake City, UT 84114-5122 |
| 5107006 | ##+ | Sally Schwartz, 860 Lafayette Ave.,, Palmerton, PA 18071-1423 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Charles G. Wohlrab | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com |
| Jason M Rapa | on behalf of Debtor 1 David T. Schwartz jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kevin Buttery | on behalf of Creditor NEW PENN FINANCIAL  LLC D/B/A SHELLPOINT MORTGAGE SERVICING kbuttery@rascrane.com |
| Mario John Hanyon | on behalf of Creditor HOMEBRIDGE FINANCIAL SERVICES  INC. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David T. Schwartz<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1613<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18-bk-03820-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David T. Schwartz
aka Dave Schwartz

12/20/23

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**